# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL COTA-MUNIZ, *et al.*,<br><br>Defendants. | CASE NO. CR17-0111-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date (Dkt. No. 30). Having considered the motion and the relevant record, the Court hereby GRANTS the motion and FINDS as follows:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) The additional time requested is a reasonable period of delay, as Defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) The additional time requested between the current trial date of June 19, 2017 and the new trial date of October 23, 2017 is necessary to provide defense counsel the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above;

(f) Defendant Angel Cota-Muniz has filed a Speedy Trial waiver for a period up to and including October 31, 2017 (Dkt. No. 31 at 1);

(g) Defendant Jessica Ashby has filed a Speedy Trial waiver for a period up to and including November 30, 2017 (Dkt. No. 32 at 1);

(h) Defendant Edgar Barron-Gonzalez has filed a Speedy Trial waiver for a period up to and including November 30, 2017 (Dkt. No. 33 at 1); and

(i) The period of delay from the date of this order to the new trial date of October 23, 2017 is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The jury trial in this case is hereby CONTINUED to Monday, October 23, 2017 at 9:30 a.m. Pretrial motions shall be filed no later than Thursday, September 21, 2017.

DATED this 18th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk